

United Sates District Court
For the District of New Hampshire

2019 JAN 29  A 10: 01

Case file Number 1-18-CV-01100 - JL                    January 29, 2019

Peter Macdonald
V.
Strafford County Superior Court, et. AL.
Judge Howard, Judge Nadeau, Town of Lee NH

        Motion for Judgment in Plaintiff's favor as the Defendants are in Default

        Peter Macdonald tells this court that as of this date 1/29/19 the Defendants
(SCSC, Judge Howard, Judge Nadeau and the Town of Lee NH) (or/through their
Attorneys) have not responded (in a timely manner or at all as of this date today) to the
complaint of Peter Macdonald filed on or about December 3, 2018. The Defendants no
response would imply that the Defendants agree that the complaint is true and that they
agree with the complaint and there is no defense to put forth to justify their actions that
produced the complaint. Peter Macdonald has a right to practice his religious faith (on
land Peter Macdonald's church owns, Long standing church started and in continuous
service since 1980, Registered with the Federal Government, Registered with the NH
government, NH Better business bureau, NH Attorney General, and the IRS, Plus is a
501-c-3 non-profit to help Homeless Combat veterans find God)(Peter Macdonald is an
ordained Minister since 1980) Religious services are held almost daily) with out
government interference. Government is here to serve the people. The Defendants in
this case (can or have) claimed no justifiable reason for Peter Macdonald not to practice
his religious faith on land zoned for a Church. Peter Macdonald is a 100% service
connected combat related disabled U.S. Marine. The Defendants were/are from the
beginning of this case aware of Peter Macdonald's disabilities and are doing actions to
harm/or take advantage of said disabilities in violation of the Americans with disabilities
act. Many of the Congregation of Peter Macdonald's church are disabled combat
veterans that the Defendants appear to not want in Lee NH as the Defendants actions
demonstrate. The Religious land Use Institutionalized Persons Act was written in the
year 2000 to stop such government actions as documented in this case (for using zoning
to stop a religious faith is a crime) (This land Peter Macdonald's church) is zoned for a
church. The Deed to this property so states that the Land must be used for the religious
practices of U.S. Military Veterans. Discrimination (to single out Peter Macdonald
and/or Peter Macdonald's church) is to allow all other church's to use said property in
question here but not Peter Macdonald. Separation of Church and State is a part of the
US Constitution that this or no court can neglect or violate. The Plaintiff hopes and prays
that this court rule in the Plaintiff's favor and grant as so asked.

a. That Peter Macdonald's Church VRC is legally recognized by Lee and the State of NH
as a church.

1 of 2

b. That the VRC be allowed to practice our religious faith on our land at 101 Stepping Stone Rd Lee NH for ever more with the court and God's blessing.

c. That the Defendants in this case each pay twenty Million Dollars in damages and restitution for their sinful and wrongful action in this case to the Plaintiff.

d. That if the court does not rule in the Plaintiff's favor completely the Plaintiff requests a Jury trial at the quickest date possible.

d. And any other relief the court deems just.

Respectfully Submitted this 30 day of January 2019

Pete Macdonald Sgt USMC, Ordained Minister since 1980

c/c I certify that a copy has been mailed to the Defendants and their attorneys

465 Packers falls Rd Lee NH 03861
603-659-6217