UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Peter Macdonald

    v.

Strafford County Superior Court, et al.

Case No. 18-cv-1100-JL

JUDGMENT

In accordance with the Order by Judge Joseph N. Laplante dated March 27, 2019, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

Daniel J. Lynch
Clerk of Court

Date: March 28, 2019

cc:   Peter Macdonald, pro se
       Nancy J. Smith, Esq.
       Corey M. Belobrow, Esq.